**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ALFRED ARTHUR SANDOVAL,

Plaintiff - Appellant,

v.

D. BARNEBURG, Sergeant; et al.,

Defendants - Appellees.

No. 11-15024

D.C. No. 3:08-cv-00865-JSW

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted February 21, 2012[**]

Before:    FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

California state prisoner Alfred Arthur Sandoval appeals pro se from the

district court's judgment dismissing for failure to comply with a court order his 42

U.S.C. § 1983 action alleging various constitutional violations. We have

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), and we affirm.

The district court did not abuse its discretion in dismissing Sandoval's action without prejudice for failure to comply with the court's order to allege unrelated claims in separate complaints and identify which actions of the individual defendants violated his rights with regard to each claim.  *See id.* at 1260-63 (discussing factors to consider when determining whether dismissal for failure to comply with a court order was an abuse of discretion).

Sandoval's remaining contentions are unpersuasive.

**AFFIRMED.**